**No. 69752.**—New York Merchandise Co., Inc., and Parksmith Corp. *v.* United States, protests 65/5313 and 65/7020 (New York).

Opinion by OLIVER, J.   In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JANUARY 24, 1966

**No. 69753.**—Karl Schroff & Associates, Inc. *v.* United States, protests 61/22434–12497, etc. (Chicago).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiff was sustained.